1  **LOCKE LORD LLP**
   Thomas J. Cunningham (Bar No. 263729)
2  tcunningham@lockelord.com
   300 South Grand Avenue, Suite 2600
3  Los Angeles, California 90071
   Phone:  213-687-6738
4

5  P. Russell Perdew *(admitted pro hac vice)*
   rperdew@lockelord.com
6  111 South Wacker Drive
   Chicago, Illinois 60606
7  Phone:  312-443-1712

8
   Jonathan Lieberman (Bar No. 278058)
9  jlieberman@lockelord.com
   44 Montgomery Street, Suite 4100
10 San Francisco, California  94104
   Phone:  415-318-8810
11

12

13 Attorneys for Defendants
   OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC
14 and WILLIAM C. ERBEY

15                     UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18 VICTOR P. GIOTTA and LORALEE GIOTTA,        )  Case No.  5:15-cv-00620-BLF
   on Behalf of Themselves and All Others      )  Hon. Beth L. Freeman
19 Similarly Situated,                         )
20                                             )  CLASS ACTION
                                               )  ŨŨŎŎŨÆŨŨŨXŒᷛŌ
21                        Plaintiffs,          )
                                               )  **STIPULATION TO EXTEND TIME TO**
22        vs.                                  )  **RESPOND TO AMENDED**
                                               )  **COMPLAINT, MODIFY BRIEFING**
23 OCWEN FINANCIAL CORPORATION,                )  **SCHEDULE, AND FOR RELIEF**
   OCWEN LOAN SERVICING, LLC,                  )  **FROM STIPULATED ORDER**
24 ALTISOURCE PORTFOLIO SOLUTIONS              )  **SETTING CASE MANAGEMENT**
   S.A., ALTISOURCE SOLUTIONS, INC.;           )  **CONFERENCE AND ADR**
25 WILLIAM C. ERBEY; and DOEs 1-50.            )  **DEADLINES (L.R. 6-1(b), 6-2, 16-2(e))**
                                               )
26                       Defendants.           )
   _____ )
27

28
                                        1
   ─────────────────────────────────────────────────────────────────

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

1      Pursuant to Local Rules 6-1(b), 6-2, and 16-2(e), Plaintiffs Victor P. Giotta and Loralee

2   Giotta ("the Giottas"), Defendants Ocwen Financial Corporation ("OFC"), Ocwen Loan Servicing,

3   LLC, ("OLS"), William C. Erbey, and Altisource Solutions, Inc. ("ASI") (collectively, the "Parties")

4   hereby respectfully stipulate and jointly request that the Court to extend the time for Defendants to

5   respond to the first amended complaint, modify the briefing schedule for the same, and modify the

6   Stipulated Order Setting Case Management Conference and ADR Deadlines, dated May 13, 2015.

7                                        RECITALS

8      1.      This action was commenced on February 9, 2015. (Dkt. 1). On April 7, 2015, the

9   Giottas and APS stipulated to a voluntary dismissal of APS without prejudice and with an agreement

10   to toll the claims of the Giottas and the proposed class asserted against APS in this action during the

11   pendency of this action. (Dkt. No. 25).

12      2.      For judicial efficiency, the Parties agreed that a single deadline for all remaining

13   Defendants to respond to the complaint, May 22, 2015, was appropriate. Pursuant thereto, the

14   Parties executed a stipulation setting a briefing schedule on the remaining Defendants' motions to

15   dismiss. (Dkt. 26). The Giottas' oppositions to the motions to dismiss were due to be filed on or

16   before June 26, 2015, reply briefs on or before July 16, 2015, and the hearings on the motions were

17   to be held July 30, 2015. (*Id.*) The Court granted the stipulation on April 8, 2015 (Dkt. 30).

18      3.      On February 10, 2015, the Court issued an Order Setting Initial Case Management

19   Conference and ADR Deadlines (Dkt. 5), which was amended by the Clerk's Notice Resetting Case

20   Management Conference Following Reassignment, entered on February 25, 2015 (Dkt. 18).

21      4.      On May 13, 2015, the Parties filed a Stipulation for Relief From Order Setting CMC

22   and ADR Deadlines pursuant to Fed. R. Civ. P. 16(b)(4) and Local Rule 16-2(e), requesting that the

23   court modify the schedule to allow the Court to hear and potentially rule on the motions to dismiss

24   prior to the first Case Management Conference. (Dkt. 35). The Court issued an order approving the

25   stipulation the same day. (Dkt. 36).

26      5.      On June 12, 2015, the Giottas filed a first amended complaint. (Dkt. 41).

27

28

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

STIPULATION TO EXPEND TO EXTEND TIME TO RESPOND, MODIFY BRIEFING SCHEDULE, AND FOR
RELIEF FROM ORDER SETTING CMC AND ADR DEADLINES
*Giotta v. Ocwen Financial Corporation, et al.*, Case No. 5:15-cv-00620 -BLF

6. Pursuant to Fed. R. Civ. P. 15(a)(3) and 6(d), Defendants' current deadline to respond to the first amended complaint is June 29, 2015.

7. The parties met and conferred by phone and agree that additional time to respond to the first amended complaint and an agreed-upon briefing schedule is warranted.  The Parties also agree that to maintain an orderly and efficient preparation of the case, and judicial efficiency and economy, the Scheduling Order should be modified accordingly to allow the Court to hear and potentially rule on the motions to dismiss prior to the first Case Management Conference.  Pursuant thereto, the parties hereby stipulate and agree to the following modification and request the Court's approval of their stipulation to the proposed briefing and Case Management Schedule as follows:

| Event | Current Date | Stipulated, Requested New Date |
|---|---|---|
| Last day for Defendants to move to dismiss the first amended complaint. | 6/29/2015 | 7/16/2015 |
| Last day for the Giottas to file oppositions to Defendants' motions to dismiss the first amended complaint. | | 8/18/2015 |
| Last day for Defendants to file replies in support of motions to dismiss first amended the complaint. | | 9/3/2015 |
| Hearing on Defendants' motion to dismiss the first amended complaint. | | 9/17/2015 |
| Last day to meet and confer (Fed. R. Civ. Proc. 26(f) & ADR L.R.3-5), File ADR certification (Civil L.R. 16-8 (b) & ADR L.R. 3-5(b)), and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference  (Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c)) | 8/6/2015 | 9/24/2015 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report (FRCivP 26(a) (1)) and file Case Management Statement (Civil L.R. 16-9). | 8/20/2015 | 10/8/2015 |
| Initial Case Management Conference | 8/27/2015 | 10/15/2015 |

STIPULATION TO EXPEND TO EXTEND TIME TO RESPOND, MODIFY BRIEFING SCHEDULE, AND FOR RELIEF FROM ORDER SETTING CMC AND ADR DEADLINES
*Giotta v. Ocwen Financial Corporation, et al.*, Case No. 5:15-cv-00620 -BLF

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

<div style="float:left">**Locke Lord LLP**<br>44 Montgomery Street, Suite 4100<br>San Francisco, CA  94104</div>

1  DATED: June 17, 2015                    FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

2

3
                                          By:  _____/s/_____
4                                              Joseph N. Kravec, Jr.
                                               Attorneys for Plaintiffs
5                                              Victor P. Giotta and Loralee Giotta

6

7  DATED:  June 17, 2015                   McKENNA LONG & ALDRIDGE LLP

8

9
                                          By:  _____/s/_____
10                                             Andrew S. Azarmi
                                               Attorneys for Defendants Altisource Solutions, Inc.
11

12 DATED:  June 17, 2015                   LOCKE LORD LLP

13

14
                                          By:  _____/s/_____
15                                             Jonathan S. Lieberman
                                               Attorneys for Defendants Ocwen Financial
16                                             Corporation, Ocwen Loan Servicing LLC and
                                               William C. Erbey
17

18

19

20

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22

23
Dated:  June __GG__, 2015    ___Beth Labson Freeman_____
24                                             Honorable Beth Labson Freeman
25                                             United States District Judge

26

27

28
                                    4

STIPULATION TO EXPEND TO EXTEND TIME TO RESPOND, MODIFY BRIEFING SCHEDULE, AND FOR
RELIEF FROM ORDER SETTING CMC AND ADR DEADLINES
*Giotta v. Ocwen Financial Corporation, et al.*, Case No. 5:15-cv-00620 -BLF