**LOCKE LORD LLP**
Thomas J. Cunningham (Bar No. 263729)
tcunningham@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Phone: 213-687-6738

P. Russell Perdew *(admitted pro hac vice)*
rperdew@lockelord.com
111 South Wacker Drive
Chicago, Illinois 60606
Phone: 312-443-1712

James C. Magid (Bar No. 233043)
james.magid@lockelord.com
44 Montgomery Street, Suite 4100
San Francisco, California 94104
Phone: 415-318-8810

Attorneys for Defendants
OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC
and WILLIAM C. ERBEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR P. GIOTTA and LORALEE GIOTTA, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN FINANCIAL CORPORATION, OCWEN LOAN SERVICING, LLC, ALTISOURCE PORTFOLIO SOLUTIONS S.A., ALTISOURCE SOLUTIONS, INC.; WILLIAM C. ERBEY; and DOEs 1-50.<br><br>Defendants. | Case No. 5:15-cv-00620-BLF<br>Hon. Beth L. Freeman<br><br>CLASS ACTION<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT, MODIFY BRIEFING SCHEDULE, AND FOR RELIEF FROM ORDER SETTING CASE MANAGEMENT CONFERENCE (L.R. 6-1(b), 6-2, 16-2(e))** |

1
STIPULATION TO EXPEND TO EXTEND TIME TO RESPOND, MODIFY BRIEFING SCHEDULE, AND FOR
RELIEF FROM ORDER SETTING CMC
*Giotta v. Ocwen Financial Corporation, et al.*, Case No. 5:15-cv-00620 -BLF

1  Pursuant to Local Rules 6-1(b), 6-2, and 16-2(e), Plaintiffs Victor P. Giotta and Loralee
2  Giotta ("the Giottas"), Defendants Ocwen Financial Corporation ("OFC"), Ocwen Loan Servicing,
3  LLC, ("OLS"), William C. Erbey ("Erbey"), and Altisource Solutions, Inc. ("ASI") (collectively, the
4  "Parties") hereby respectfully stipulate and jointly request that the Court to extend the time for
5  Defendants to respond to the second amended complaint, modify the briefing schedule for the same,
6  and continue the currently scheduled Case Management Conference and ADR Deadlines.

<u>RECITALS</u>

1. This action was commenced on February 9, 2015. (Dkt. 1).

2. On June 12, 2015, the Giottas filed their Amended Complaint. (Dkt. 41).

3. On June 19, 2015, the Parties filed a Stipulation to Extend Time to Respond to the Amended Complaint, Modify Briefing Schedule, and for Relief from Stipulated Order Setting Case Management Conference. The Court issued an order approving the stipulation and modified schedule on June 22, 2015. (Dkt. 50).

4. On September 17, 2015, the Court held a hearing on the Motions to Dismiss the Amended Complaint filed by OFC and OLS, ASI, and William C. Erbey, and took the motions under advisement. At the hearing, the Court directed the Parties to meet and confer to develop an alternative case management schedule.

5. On September 24, 2015, this Court reset the Case Management Conference for January 7, 2016 at 11:00 a.m. and set the due date for the corresponding Case Management Statement to be due by December 31, 2015. (Dkt. 68).

6. On December 11, 2015, this Court issued its Order 1) denying Defendant Erbey's motion to dismiss for lack of personal jurisdiction, 2) granting in part and denying in part Defendant Erbey's motion to dismiss for failure to state a claim, 3) granting in part and denying in part Ocwen defendants' motion to dismiss for failure to state a claim, and 4) granting defendant ASI's motion to dismiss for failure to state a claim ("12/11/2015 Order"). (Dkt. 74).

7. Defendants Erbey, OFC, and OLS, read the 12/11/2015 Order to have dismissed all claims contained in the Amended Complaint as to Defendants Erbey, OFC, and OLS.

8. The Giottas do not agree that the 12/11/2015 Order dismissed all claims contained in the Amended Complaint as to Defendants Erbey, OFC, and OLS.

9. Nevertheless, the Parties agree that no defendant is required to file an answer as to any claim contained in the Amended Complaint.

10. The Parties agree that the Second Amended Complaint will supersede all counts and causes of action contained in the Amended Complaint.

11. The Parties also agree that Defendants Erbey, OFC, and OLS, are entitled to move to dismiss all claims and causes of action that will be contained in the Second Amended Complaint.

12. The Parties further agree that in its 12/11/2015 Order, the Court denied the motions to dismiss as to 1) Defendant Erbey's challenge to personal jurisdiction, and 2) the Defendants' arguments that the current lawsuit was barred because the Giottas failed to comply with the notice-and-cure provisions contained in the applicable Deeds of Trust. The Parties also agree that the Defendants do not need to further argue the two aforementioned issues in order to preserve them for appeal.

13. Per the 12/11/2015 Order, the Second Amended Complaint is due to be filed on January 15, 2016.

14. The Parties have met and conferred by phone and agree that additional time to respond to the second amended complaint is warranted given the complexity of the issues involved, and have agreed to the proposed briefing schedule detailed below. The Parties also agree that to maintain an orderly and efficient preparation of the case, and judicial efficiency and economy, the Scheduling Order should be modified to allow the Court to hear and potentially rule on the motions to dismiss prior to the Case Management Conference currently scheduled for January 7, 2016. The Parties do not believe that the postponement of the CMC or modified briefing schedule will significantly delay this action.

15. Pursuant to the foregoing, the Parties hereby stipulate and agree to the following modification and request the Court's approval of their stipulation to the proposed briefing and Case Management Schedule as follows:

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA 94104

//

| Event | Current Date | Stipulated, Requested New Date |
|---|---|---|
| Last day for Defendants to move to dismiss the second amended complaint. | | 2/12/2016 |
| Last day for the Giottas to file oppositions to Defendants' motions to dismiss the second amended complaint. | | 3/11/2016 |
| Last day for Defendants to file replies in support of motions to dismiss second amended the complaint. | | 4/1/2016 |
| Hearing on Defendants' motion to dismiss the first amended complaint. | | 4/14/2016 |
| Last day to meet and confer (Fed. R. Civ. Proc. 26(f) & ADR L.R.3-5), File ADR certification (Civil L.R. 16-8 (b) & ADR L.R. 3-5(b)), and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference  (Civil L.R. 16-8 (c) & ADR L.R. 3-5(b) & (c)) | 12/16/2015 | 06/30/2016 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report (FRCivP 26(a) (1)) and file Case Management Statement (Civil L.R. 16-9). | 12/31/2015 | 07/14/2016 |
| Initial Case Management Conference | 1/7/2016 | 07/21/2016 |

4

STIPULATION TO EXPEND TO EXTEND TIME TO RESPOND, MODIFY BRIEFING SCHEDULE, AND FOR RELIEF FROM ORDER SETTING CMC
*Giotta v. Ocwen Financial Corporation, et al.*,  Case No. 5:15-cv-00620 -BLF

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

DATED: December 29, 2015    FEINSTEIN DOYLE PAYNE & KRAVEC, LLC

By: _____/s/ *Joseph N. Kravec, Jr.*_____
    Joseph N. Kravec, Jr.
    Attorneys for Plaintiffs
    Victor P. Giotta and Loralee Giotta

DATED: December 29, 2015    DENTONS US LLP

By: _____/s/ *Andrew S. Azarmi*_____
    Andrew S. Azarmi
    Attorneys for Defendants Altisource Solutions, Inc.

DATED: December 29, 2015    LOCKE LORD LLP

By: _____/s/ *James C. Magid*_____
    James C. Magid
    Attorneys for Defendants Ocwen Financial
    Corporation, Ocwen Loan Servicing LLC and
    William C. Erbey

## **CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), the filing attorney attests that he has obtained concurrence regarding the filing of this document from the indicated signatories to the document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____    _____
    Honorable Beth Labson Freeman
    United States District Judge