# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR P GIOTTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. 15-cv-00620-BLF <br><br> **ORDER GRANTING REQUEST TO FILE CONSOLIDATED MOTION TO DISMISS; AND DENYING REQUEST TO MODIFY BRIEFING SCHEDULE** <br><br> [Re: ECF 79] |

On February 2, 2016, the parties filed a stipulated request for leave to (1) file consolidated briefing with respect to motions to dismiss and (2) extend the briefing schedule such that the reply brief would be due on April 4, 2016, ten days before the reserved hearing date of April 14, 2016.

The parties' request for leave to file consolidated briefing is GRANTED. As proposed by the parties, the consolidated motion to dismiss shall not exceed forty pages in length, the consolidated opposition shall not exceed forty pages in length, and the consolidated reply shall not exceed twenty pages in length. All briefing shall be in 12 point font and double-spaced, including footnotes, and shall in all other respects comply with this Court's Standing Order Re Civil Cases and the Civil Local Rules.

The parties' request to modify the briefing schedule is DENIED. The proposed schedule would not give the Court adequate time to read and consider briefing of the length proposed by the parties. The Court would entertain a stipulated request to continue the hearing date; however, the Court's next available hearing date is in June 2016.

**IT IS SO ORDERED.**

Dated: February 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge