Gretchen Freeman Cappio (admitted *pro hac vice*)
Dean N. Kawamoto (CSB 232032)
Gretchen S. Obrist (admitted *pro hac vice*)
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
E-mail: gcappio@kellerrohrback.com
        dkawamoto@kellerrohrback.com
        gobrist@kellerrohrback.com

*Attorneys for Plaintiffs and the Proposed Class And Subclasses*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VICTOR P. GIOTTA and LORALEE GIOTTA, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No. CV 15-00620 BLF <br><br> [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL <br><br> **CLASS ACTION** |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Notice of Withdrawal of Counsel, it is HEREBY ORDERED that Gretchen Freeman Cappio, Dean Kawamoto, and Gretchen S. Obrist, of Keller Rohrback L.L.P., are hereby withdrawn as counsel of record in this matter on behalf of Plaintiffs Victor P. and Loralee Giotta, individually and on behalf of all similarly situated persons.

The Clerk of the Court is directed to remove Gretchen Freeman Cappio, Dean Kawamoto, and Gretchen S. Obrist from the record and from the Court's ECF System for this case.

Dated: _____            _____
                                         Hon. Beth Labson Freeman
                                         United States District Judge