# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR P. GIOTTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, et al., <br><br> Defendants. | Case No.  15-cv-00620-BLF <br><br> **JUDGMENT** |

    The Court having granted Defendants' motion to dismiss Plaintiffs' second amended complaint without leave to amend, and having dismissed the action with prejudice,

    Judgment is hereby entered for Defendants and against Plaintiffs.

Dated:  August 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge