| | |
|---|---|
| Stephen F. Yunker (CSB 110159)<br>**YUNKER & SCHNEIDER**<br>655 West Broadway, Suite 1400<br>San Diego, California 92101<br>Tel:  (619) 233-5500<br>Fax:  (619) 233-5535<br>Email: sfy@yslaw.com<br><br>Rosemary M. Rivas (CSB 209147)<br>**FINKELSTEIN THOMPSON LLP**<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel:  (415) 398-8700<br>Fax:  (415) 398-8704<br>Email: rrivas@finkelsteinthompson.com | Joseph N. Kravec, Jr. (Admitted *pro hac vice*)<br>James M. Pietz (Admitted *pro hac vice*)<br>Wyatt A. Lison (Admitted *pro hac vice*)<br>McKean J. Evans (Admitted *pro hac vice*)<br>**FEINSTEIN DOYLE PAYNE**<br>  **& KRAVEC, LLC**<br>Law & Finance Building, Suite 1300<br>429 Fourth Avenue<br>Pittsburgh, PA  15219<br>Tel:  (412) 281-8400<br>Fax:  (412) 281-1007<br>Email: jkravec@fdpklaw.com<br>          jpietz@fdplaw.com<br>          wlison@fdpklaw.com<br>          mevans@fdpklaw.com |

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS AND SUBCLASSES*

## UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VICTOR P. GIOTTA and LORALEE GIOTTA, on Behalf of Themselves and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>OCWEN FINANCIAL CORPORATION, et al.,<br><br>    Defendants. | Case No. CV 15-00620 BLF<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br><u>**CLASS ACTION**</u> |

Notice is hereby given that Victor P. Giotta and Loralee Giotta, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendants' Joint Motion to Dismiss Second Amended Complaint Without Leave to Amend and Dismissing Action With Prejudice (ECF 103) and Judgment (ECF 104) entered in this action on the 24th day of August, 2016.

September 19, 2016

Respectfully Submitted,

/s/Joseph N. Kravec, Jr.
Joseph N. Kravec, Jr. (admitted *pro hac vice*)

**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA  15219
Tel:    (412) 281-8400
Fax:    (412) 281-1007
Email:  jkravec@fdpklaw.com

***ON BEHALF OF ALL ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS AND SUBCLASSES***